

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00103-CR

| | | |
|---|---|---|
| Tyrell Carlisle, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1554548D) |
| v. | § | October 3, 2019 |
| | § | Opinion by Justice Womack |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modify the trial court's judgment and the incorporated order to withdraw funds to delete the $500 fine and $35 "DUE TO CSCD." As modified, we affirm the trial court's judgment.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
      Justice Dana Womack